UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 21-01019
Javier Cruz Garcia )
)
) Chapter: 7
)
) Honorable Janet S. Baer
)
Debtor(s) )

**ORDER EXTENDING TIME TO FILE OUTSTANDING SCHEDULES AND OTHER DOCUMENTS**

THIS MATTER COMING ON TO BE HEARD on the Debtor's Motion to Extend Time to file Remaining Schedules and other documents, the Court being fully advised in the premises, IT IS HEREBY ORDERED that the Debtor is granted until March 5, 2021 to file his remaining Schedules and other documents.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600